*This case was not selected for publication in the Federal Reporter*

Walter Bernard MORTON, Jr., Appellant

v.

U.S. ATTORNEY'S OFFICE, et al., Appellees.

No. 06–5212.

United States Court of Appeals, District of Columbia Circuit.

Nov. 14, 2006.

Rehearing En Banc Denied Jan. 24, 2007.

Walter Bernard Morton, Jr., Bruceton Mills, WV, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: GINSBURG, Chief Judge, and SENTELLE and HENDERSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed June 15, 2006, be affirmed. The district court correctly determined it could not grant habeas relief. *See* D.C.Code 23–110(g) (foreclosing federal court review of a Superior Court sentence "unless it also appears that the remedy by motion [in Superior Court] is inadequate or ineffective to test the legality of his detention"). In addition, the district court correctly concluded appellees, who are former and current attorneys from the United States Attorney's Office for the District of Columbia, are immune from appellant's damage claim for wrongful actions appellees allegedly had taken during their prosecution of appellant. *See Imbler v. Pachtman*, 424 U.S. 409, 431, 96 S.Ct. 984, 47 L.Ed.2d 128 (1976) ("We hold ... that in initiating a prosecution and in presenting the State's case, the prosecutor is immune from a civil suit for damages under § 1983."); *Wagshal v. Foster*, 28 F.3d 1249, 1252 (D.C.Cir.1994).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

*This case was not selected for publication in the Federal Reporter*

Edgardo MALDONADO, Appellant

v.

David R. PETERS, et al., Appellees.

No. 06–7142.

United States Court of Appeals, District of Columbia Circuit.

Nov. 22, 2006.

Rehearing Denied Feb. 20, 2007.

**2**

Edgardo Maldonado, Buffalo, NY, pro se.

BEFORE: GINSBURG, Chief Judge, and SENTELLE and TATEL, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed August 11, 2006 be affirmed. The district court did not abuse its discretion in dismissing the complaint without prejudice on the ground that it did not meet the requirements of Federal Rule of Civil Procedure 8(a). *See Ciralsky v. CIA,* 355 F.3d 661, 668–69 (D.C.Cir. 2004). The dismissal without prejudice allows the appellant to file a new complaint containing a "short and plain statement" of the basis for the federal court's jurisdiction and a "short and plain statement" of the claim or claim showing he is entitled to relief. See Fed.R.Civ.P. 8(a); *Ciralsky,* 355 F.3d at 668–70.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.